IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| **REYNALDO MUNOZ,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 1:23-cv-03210 |
| **REYNALDO GUEVARA, GERI LYNN YANOW, as special representative of ERNEST HALVORSEN, EDWIN DICKINSON, MICHAEL O'GRADY, JEAN MORETH, LEE EPPLEN, UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT and the CITY OF CHICAGO,** | ) ) ) ) ) ) ) ) ) | District Judge Sharon Johnson Coleman  Magistrate Judge Young B. Kim |
| Defendants. | ) ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Defendants, by their undersigned attorneys, hereby move this Honorable Court to grant them leave to file their Motion to Bifurcate, in excess of fifteen (15) pages. In support thereof, the City states:

1. The Defendants are filing a Motion to Bifurcate, which is 21 substantive pages. (Motion attached as Exhibit 1).

2. To sufficiently address all relevant issues in the Motion, excess pages are needed.

3. The City recognizes that this Court's time is valuable and does not wish to unnecessarily burden it with lengthy pleadings.

4. Defendants' counsel conferred with Plaintiff's counsel, who does not object to this request.

WHEREFORE, the Defendants respectfully request this Honorable Court grant their motion for leave to file their Motion to Bifurcate in excess of 15 pages, and for any other relief as this Honorable Court deems just and reasonable.

DATED: February 9, 2023        Respectfully Submitted,

| | |
|---|---|
| */s/ Allison L. Romelfanger* | */s/ Austin G. Rahe* |
| One of the Attorneys for Defendants Halvorsen, Dickinson, O'Grady, Moreth, and Epplen | Special Assistant Corporation Counsel<br>One of the Attorneys for City of Chicago |
| Josh Engquist<br>Allison L. Romelfanger<br>Lisa Meador<br>The Sotos Law Firm, P.C.<br>141 W. Jackson Blvd, #1240A<br>Chicago, Illinois<br>630-735-3303<br>jengquist@jsotoslaw.com | Eileen E. Rosen<br>Catherine M. Barber<br>Theresa B. Carney<br>Austin G. Rahe<br>Lauren M. Ferrise<br>Rock Fusco & Connelly, LLC<br>333 W. Wacker, 19th Floor<br>Chicago, Illinois 60606<br>(312) 474-1000<br>erosen@rfclaw.com |

*/s/ Timothy P. Scahill*
*One of the Attorneys for Defendant Guevara*

Steven B. Borkan
Timothy P. Scahill
Emily E. Schnidt
Graham P. Miller
Misha Itchhaporia
Molly Boekeloo
Whitney Newton Hutchinson
Borkan & Scahill, Ltd.
20 S. Clark St., Suite 1700
Chicago, Illinois 60603
312-580-1030
eschnidt@borkanscahill.com