# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Reynaldo Munoz
                    Plaintiff,

v.                                              Case No.: 1:23−cv−03210
                                                Honorable Sharon Johnson Coleman

Reynaldo Guevara, et al.
                    Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, January 28, 2025:

    MINUTE entry before the Honorable Young B. Kim: Motion hearing held. Plaintiff's and Defendants' motions to compel [[157], [160]] are taken under advisement. Subpoena Respondent CCSAO has until February 11, 2025, to file a consolidated response to the motions. Mailed notice (ec)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.