# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Reynaldo Munoz
                          Plaintiff,

v.                                             Case No.: 1:23–cv–03210
                                                          Honorable Sharon Johnson Coleman

Reynaldo Guevara, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, April 5, 2025:

      MINUTE entry before the Honorable Young B. Kim: Defendant Reynaldo Guevara's motion to compel [189] is entered and continued. Plaintiff has until April 18, 2025, to file a response to the motion. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.