UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REYNALDO MUNOZ, | ) | |
| | ) | Case No. 23 CV 03210 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Sharon Johnson Coleman |
| v. | ) | |
| | ) | Honorable Magistrate Judge Young B. Kim |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## MOTION TO DISMISS DECEASED DEFENDANT MICHAEL O'GRADY

Counsel for deceased Defendant Michael O'Grady ("O'Grady"), The Sotos Law Firm, P.C., pursuant Fed. R. Civ. P. 25(a)(1), moves for an order dismissing O'Grady from this case with prejudice because more than 90 days have passed since Plaintiff was provided notice of his death and Plaintiff has not filed a motion to substitute any other party in his stead.

1. On May 22, 2023, Plaintiff filed a twelve-count complaint for various federal and state law claims arising out of his 1985 arrest and subsequent conviction for the murder of Ivan Mena and attempted murder of Bouvier Garcia. (Dkt. 1.) Plaintiff named former Chicago Police Detective Michael O'Grady as a defendant, among others. (*Id.*)

2. Michael O'Grady died during the pendency of this litigation on November 14, 2024.

3. On November 19, 2024, counsel for O'Grady filed with the Court, and served on all parties, a Suggestion of Death Upon the Record, noting O'Grady's death, pursuant to Fed. R. Civ. P. 25(a)(1). (*See* Dkt. 143.)

4. More than 150 days have passed since all parties were served with the Suggestion of O'Grady's Death.

5. No party has filed a motion to substitute deceased defendant O'Grady, as

specifically provided for in Fed. R. Civ. P. 25(a)(1).

6. When a motion to substitute a deceased party is not made within 90 days after service of a statement noting the party's death, Federal Rule 25(a)(1) requires that the action against that party "must be dismissed." Fed. R. Civ. P. 25(a)(1).

Wherefore, undersigned counsel respectfully requests that Michael O'Grady be dismissed from the present action with prejudice.

Dated: April 23, 2025

Respectfully submitted,

/s/ Caroline P. Golden
CAROLINE P. GOLDEN, Atty No. 6211227
Special Assistant Corporation Counsel
*One of the Attorneys for Individual Defendants*

James G. Sotos
Josh M. Engquist
Caroline P. Golden
Laura M. Ranum
Lisa M. Meador
Allison L. Romelfanger
Elizabeth R. Fleming
Mark F. Smolens
Special Assistant Corporation Counsel
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., Suite 1240A
Chicago, IL 60604
Tel: (630) 735-3300
cgolden@jsotoslaw.com

**CERTIFICATE OF SERVICE**

   I, Caroline P. Golden, certify under penalty of perjury, pursuant to 28 U.S.C.A. § 1746, that on **Wednesday, April 23, 2025**, I electronically filed the foregoing **Motion to Dismiss Deceased Defendant Michael O'Grady** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed in the below service list.

***Attorneys for Plaintiff:***
Jennifer A. Bonjean
Ashley B. Cohen
Gabriella Orozco
Kelsey Killion
Bonjean Law Group, PLLC
303 Van Brunt Street, 1st Floor
Brooklyn, NY 11231
718-875-1850
Fax: 914-462-3483
Jennifer@bonjeanlaw.com
Ashley@bonjeanlaw.com
gabriella@bonjeanlaw.com
Kelsey@bonjeanlaw.com

***Attorneys for Defendant Guevara:***
Steven Blair Borkan
Timothy P Scahill
Emily Erin Schnidt
Graham P. Miller
Misha Itchhaporia
Molly Boekeloo
Whitney Newton Hutchinson
Krystal Gonzalez
Christine E. Murray
Drew Wycoff
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
(312) 580-1030
sborkan@borkanscahill.com
tscahill@borkanscahill.com
eschnidt@borkanscahill.com
gmiller@borkanscahill.com
mitchhaporia@borkanscahill.com
mboekeloo@borkanscahill.com
whutchinson@borkanscahill.com

kgonzalez@borkanscahill.com
cmurray@borkanscahill.com
dwycoff@borkanscahill.com

***Attorneys for Defendant City of Chicago:***
Eileen Ellen Rosen
Andrew Joseph Grill
Austin Gordon Rahe
Catherine Macneil Barber
Lauren M. Ferrise
Theresa Berousek Carney
Kelly A. Krauchun
Sabrina A. Scardamaglia
Martin W. McManaman
Rock, Fusco & Connelly
333 West Wacker Drive
Ste 19th Floor
Chicago, IL 60606
312-494-1000
erosen@rfclaw.com
agrill@rfclaw.com
arahe@rfclaw.com
cbarber@rfclaw.com
lferrise@rfclaw.com
tcarney@rfclaw.com
kkrauchun@rfclaw.com
sscardamaglia@rfclaw.com
mmcmanaman@rfclaw.com

/s/ Caroline P. Golden
Caroline P. Golden